# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| VICTOR P.B., | Case No. 25-CV-4753 (NEB/EMB) |
| Petitioner, | |
| v. | |
| PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of IMMIGRATION AND CUSTOMS ENFORCEMENT, Immigration and Customs Enforcement, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, PETER BERG, Director, Fort Snelling Field Office Immigration and Customs Enforcement, and, ERIC KLANG, Sheriff of Crow Wing County, | ORDER |
| Respondents. | |

The Court has already concluded that petitioners similarly situated to Victor P.B. are entitled to a bond hearing under the law. *R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025). Respondents provide no reason for the Court to stray from that decision. For the reasons explained in *R.E.*, the Court grants the Petition for Writ of Habeas Corpus to the extent it requests a bond hearing.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. P.B.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2.  Within **seven days**, Respondents must either provide P.B. a bond hearing or release P.B.; and

3.  Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 30, 2025                   BY THE COURT:

                                           s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Judge