# UNITED STATES DISTRICT COURT
## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Victor Manuel Perete Benitez,

Petitioner(s),

v.

Case Number: 25-cv-4753 NEB/EMB

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, Peter Berg and Eric Klang,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. P.B.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;
2. Within **seven days**, Respondents must either provide P.B. a bond hearing or release P.B.; and
3. Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required.

Date: 12/30/2025

KATE M. FOGARTY, CLERK